IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:11cv523 |
| | § | (Judge Clark/Judge Mazzant) |
| CERTAIN SUBJECT PROPERTY | § | |
| DESCRIBED IN ATTACHMENT A, | § | |
| | § | |
| *Defendant.* | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 3, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Claimant Carl Francis' Motion to Strike Amended Verified Complaint for Forfeiture *In Rem* [Dkt. #30] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Claimant Carl Francis' Motion to Strike Amended Verified Complaint for Forfeiture *In Rem* [Dkt. #30] is DENIED.

So **ORDERED** and **SIGNED** this **18** day of **May, 2012.**

_____
Ron Clark, United States District Judge